UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARITA STOJANCHOV, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>HOMEGOODS, INC., a Delaware corporation; and DOES 1 Through 25,<br><br>         Defendants. | Case No.: 3:22-cv-00646-W-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 12]** |

  Pending before the Court is the parties' joint motion to dismiss the case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 12] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorney's fees.  The Clerk of Court is directed to close the file.

  **IT IS SO ORDERED.**

Dated:  October 27, 2023

                 _____
                 Hon. Thomas J. Whelan
                 United States District Judge